IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JUSTIN BRADLEY PELOT                                            PLAINTIFF

V.                                         CIVIL ACTION NO. 1:15CV00076-SA-DAS

CRITERION 3, LLC, and
GARY CONNER                                             DEFENDANTS

ORDER

Pursuant to a memorandum opinion issued this day, Defendant Criterion 3, LLC's Motion for Summary Judgment [66] is GRANTED. Criterion is terminated as a party. The claims for Intentional Infliction of Emotional Distress and Malicious Interference with Employment against Defendant Gary Conner will proceed to trial on Monday, October 31, 2016.

SO ORDERED, this 26th day of October, 2016.

                                                               /s/ Sharion Aycock
                                                               UNITED STATES DISTRICT JUDGE